Clear Form

**FILED**

FEB 20 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT N. WILLIAMS            )
                              )
                  Plaintiff,  )   CASE NO. 26 01519 EKL
                              )
        vs.                   )   APPLICATION TO PROCEED
TRUTHFINDER LLC               )   IN FORMA PAUPERIS
                              )   (Non-prisoner cases only)
                              )
                  Defendant.  )
_____)

I, __ROBERT N. WILLIAMS__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                 Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____  Net: __N/A_____

Employer: __N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  LAST DATE OF EMPLOYMENT WAS NOVEMBER or DECEMBER 2022
3  I WAS ON A SHORT TERM CONTRACT AT STANFORD MEDICAL THROUGH CSI
4  MY PAYRATE WAS 35.00/HRLY AT 40 HOURS PER WEEK

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7  a. Business, Profession or          Yes ___ No ✓
8     self employment?

9  b. Income from stocks, bonds,        Yes ___ No ✓
10    or royalties?

11 c. Rent payments?                    Yes ___ No ✓

12 d. Pensions, annuities, or           Yes ___ No ✓
13    life insurance payments?

14 e. Federal or State welfare payments, Yes ✓ No ___
15    Social Security or other govern-
16    ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 I RECIEVE $282.00 IN NON-CASH SNAP BENEFITS EACH MONTH &
20 $150.00 IN GENERAL ASSISTANCE CASH BENFIT EACH MONTH

21 3. Are you married?                   Yes ___ No ✓
22 Spouse's Full Name: N/A
23 Spouse's Place of Employment: N/A
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ N/A                           Net $ N/A
26 4. a. List amount you contribute to your spouse's support:$ N/A
27    b. List the persons other than your spouse who are dependent upon you for support
28       and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  NONE
3
4  5.    Do you own or are you buying a home?         Yes ___ No ✓
5  Estimated Market Value: $ N/A         Amount of Mortgage: $ N/A
6  6.    Do you own an automobile?                    Yes ___ No ✓
7  Make  N/A         Year  N/A         Model  N/A
8  Is it financed? Yes ___ No ___ If so, Total due: $ N/A
9  Monthly Payment: $ N/A
10 7.    Do you have a bank account?  Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: CHIME ONLINE BANKING & CASH APP ONLINE
12
13 Present balance(s):  $
14 Do you own any cash?  Yes ___ No ✓ Amount: $ N/A
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                      Yes ___ No ✓
17
18 8.    What are your monthly expenses?
19 Rent:  $ 50.00                    Utilities: 60.00
20 Food: $ 280 SUBSIDY               Clothing: DONATIONS
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 _____          $ _____          $ _____
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 VERIZON, TMOBILE

- 3 -

1. n/a

2. 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3. other lawsuits?   Yes ___  No ✓
4. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5. which they were filed.
6. THIS FILING IS IN RESPONSE TO AN ARBIRTRATION DECISION 5:21-CV-06559 NC
7. THE UNDERLYING FEDERAL CASE NUMBER 01-22-0002-6523

8. I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9. false statement herein may result in the dismissal of my claims.
10. 02/20/2026
11. ~~10/30/2025~~
12. DATE                                                           SIGNATURE OF APPLICANT

- 4 -