UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. WILLIAMS, | Case No. 26-cv-01519-EKL |
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| TRUTHFINDER LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Williams v. Truthfinder, LLC*, No. 21-cv-06559-JD.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_____

EUMI K. LEE
United States District Judge